UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILFREDO LABOY,

                      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/2020
```

16 Cr. 318-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the parties shall appear for a hearing on Defendant's alleged violations of supervised release on **June 11, 2020**, at **11:00 a.m.**

    By **June 4, 2020**, the parties shall submit a joint letter to the Court indicating their views on (1) whether the Court can, consistent with the U.S. Constitution, Federal Rules of Criminal Procedure (*see, e.g.*, Rules 5(f), 10(b) & (c), and 43), and any other relevant law, conduct the matter by telephone, and (2) whether Defendant consents to appearing telephonically.

    SO ORDERED.

Dated: May 27, 2020
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge