UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILFREDO LABOY,

                             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/8/2020___

16 Cr. 318-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Having received the parties' views that the proceeding concerning Defendants' alleged violations of supervised release may be conducted telephonically in a manner consistent with the U.S. Constitution and applicable laws, as well as Defendant's consent to appearing telephonically, ECF No. 135, and the Court finding that video teleconferencing is not reasonably available, it is hereby ORDERED that the parties shall appear by telephone on **June 11, 2020**, at **11:00 a.m.**

      The parties are directed to call (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      SO ORDERED.

Dated: June 8, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge