UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILFREDO LABOY,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/14/2020_

16 Cr. 318-5 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the status conference scheduled for **August 19, 2020**, at **11:00 a.m.**, will be conducted telephonically.

    Chambers will provide the parties with instructions on how to appear via telephone. All others, including co-counsel, members of the press, and the public, may access the audio of the conference by calling (888) 398-2342 at the time of the hearing, and then entering the access code 559-8827, followed by the pound sign.

    SO ORDERED.

Dated: August 14, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge