USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2020

United States District Court
For the Southern District of New York

_____x

United States of America                           16 cr 3180005 (AT)

    -v-                                              Order for Treatment

Wilfredo Laboy,
    Defendant.
_____x

Upon application of Wilfredo Laboy, by and through his attorney, Donna R. Newman, Esq., to participate in the comprehensive drug addiction treatment program offered at Bronx- Lebanon Life Recovery Center, 1285 Fulton Avenue, Bronx, New York 10456, which program includes several phases of treatment, including but not limited to detoxification, rehabilitation, in-patient treatment, and out-patient treatment, and upon good cause shown,

IT IS HEREBY ORDERED:

1. Mr. Laboy is to report today to Bronx-Lebanon Life Recovery Center for immediate admission for detoxification treatment and rehabilitation;

2. Mr. Laboy shall for a period of no less than 90 days participate in the Bronx-Lebanon Life Recovery Center in-patient residential substance abuse treatment program, including testing to determine whether Mr. Laboy has reverted to using drugs and/or alcohol;

3. Upon completion of the Bronx-Lebanon Life Recovery Center in-patient residential treatment program, Mr. Laboy shall participate in an out-patient substance abuse program as directed by United States Probation Office for the Southern District of New York and which program may include testing to determine whether the defendant has reverted to using drugs and/or alcohol; and

IT IS FUTHER ORDERED,

4. Mr. Laboy shall execute any and all forms necessary for Bronx-Lebanon Life Recovery Center to communicate with and provide treatment records to the United States Probation Office for the Southern District of New York.

SO ORDERED.

Dated: August 19, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge