USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2020

United States District Court
For the Southern District of New York

————————————————————x

United States of America

    -v-

Wilfredo Laboy,
    Defendant.

————————————————————x

16 Cr. 318-5 (AT)

Order for Treatment

Upon application of Wilfredo Laboy, by and through his attorney, Donna R. Newman, Esq., and with the consent of United States Attorney Eli Mark and United States Probation Officer Hildrey Huffman, Mr. Laboy's conditions of supervised release are hereby amended as follows:

1. Mr. Laboy shall participate in a residential in-patient substance abuse treatment program, as directed by the United States Probation Office for the Southern District of New York, for a period of no less than 90 days;

2. The treatment program may include testing to determine whether the defendant has reverted to using drugs and/or alcohol and address his substance abuse and psychiatric/medical needs;

3. Upon completion of the in-patient residential substance abuse treatment program, Mr. Laboy shall participate in an out-patient substance abuse program as directed by United States Probation Office for the Southern District of New York and which program may include testing to

1

determine whether the defendant has reverted to using drugs and/or alcohol.

SO ORDERED.

Dated: August 24, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge